# Third District Court of Appeal

## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0499
Lower Tribunal No. F04-30286

_____

**Hanoi Hormachea,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.140(b)(1)(D) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Hanoi Hormachea, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.